■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GIOVANNI WHITE, Appellant. [61 NYS3d 488]—

Judgment, Supreme Court, New York County (Larry R.C. Stephen, J. at suppression hearing; Daniel P. FitzGerald, J. at plea and sentencing), rendered November 21, 2014, convicting defendant, upon his plea of guilty, of burglary in the third degree and possession of burglar's tools, and sentencing him, as a second felony offender, to an aggregate term of 2½ to 5 years, unanimously affirmed.

Defendant asserts that his plea should be vacated because the attorney who represented him at the suppression hearing failed to effectuate defendant's desire to testify at that proceeding. On this appeal, we need not decide whether defendant had a right to testify at a suppression hearing because defendant failed to preserve the issue and we decline to review it in the interest of justice. In any event, we find that the record as a whole demonstrates that defendant's plea was knowing, intelligent, and voluntary. Concur—Tom, J.P., Renwick, Andrias, Singh and Moulton, JJ.